# In the Circuit Court of the State of Oregon
## For the County of Yamhill

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ, <br><br> Plaintiffs, <br> v. <br><br> NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART, <br><br> Defendants | Case No.   21CV42664 <br><br> **CIVIL SUMMONS** |

To: **Newberg School District**

You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Aruna A. Masih, OSB #973241

210 S.W. Morrison Street, Suite 500

Portland, OR     97204          503-227-4600

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1 - Page 1 of 5

# In the Circuit Court of the State of Oregon
## For the County of Yamhill

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ, <br><br>Plaintiffs, <br>v. <br><br>NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART, <br>Defendants | Case No.  21CV42664 <br><br>**CIVIL SUMMONS** |

To: **Brian Shannon**

You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Aruna A. Masih, OSB #973241

210 S.W. Morrison Street, Suite 500

Portland, OR     97204         503-227-4600

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1 - Page 2 of 5

# In the Circuit Court of the State of Oregon
## For the County of Yamhill

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ, <br><br> Plaintiffs, <br> v. <br><br> NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART, <br><br> Defendants | Case No.   21CV42664 <br><br> **CIVIL SUMMONS** |

To:  **David Brown**

You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**
You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Aruna A. Masih, OSB #973241

210 S.W. Morrison Street, Suite 500

Portland, OR     97204       503-227-4600

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1 - Page 3 of 5

# In the Circuit Court of the State of Oregon
## For the County of Yamhill

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ, <br><br> Plaintiffs, <br><br> v. <br><br> NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART, <br><br> Defendants | Case No.  21CV42664 <br><br> **CIVIL SUMMONS** |

To:  **Renee Powell**

You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Aruna A. Masih, OSB #973241

210 S.W. Morrison Street, Suite 500

Portland, OR      97204          503-227-4600

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1 - Page 4 of 5

# In the Circuit Court of the State of Oregon
## For the County of Yamhill

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ,<br><br>       Plaintiffs,<br><br>  v.<br><br>NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART,<br><br>       Defendants | Case No.  21CV42664<br><br>**CIVIL SUMMONS** |

To:  **Trever DeHart**

You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Aruna A. Masih, OSB #973241

210 S.W. Morrison Street, Suite 500

Portland, OR     97204         503-227-4600

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1 - Page 5 of 5