IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF YAMHILL

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART,<br><br>Defendants. | Case No. 21CV42664<br><br>**ACCEPTANCE OF SERVICE BY DEFENDANT NEWBERG SCHOOL DISTRICT** |

I, Lisa M. Freiley, affirm that I am authorized to accept, and do hereby accept, acceptance of service of the summons and complaint in the above-captioned matter on behalf of my client, Defendant Newberg School District. By this acceptance of service, Defendant Newberg School District waives all claims and defenses based on deficiencies, defects, or irregularities in the method or manner of service.

DATED this __16__ day of November, 2021.

*[signature]*
Lisa M. Freiley, OSB No. 912763
Willamette Education Service District
2611 Pringle Rd SE
Salem OR  97302
Telephone: 503-385-4604
Email: lisa.freiley@wesd.org
Of Attorneys for Defendant Newberg School District

Page 1 – ACCEPTANCE OF SERVICE

Bennett Hartman, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204-3149
Phone: 503-227-4600; Fax: 503-248-6800
www.bennetthartman.com

Exhibit 3 - Page 1 of 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF YAMHILL

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, AND SARA LINNERTZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEWBERG SCHOOL DISTRICT, DAVID BROWN, BRIAN SHANNON, RENEE POWELL, AND TREVER DEHART,<br><br>Defendants. | Case No. 21CV42664<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS DAVID BROWN, BRIAN SHANNON, RENEE POWELL AND TREVER DEHART** |

I, Dan Thenell, affirm that I am authorized to accept, and do hereby accept, service of the summons and complaint in the above-captioned matter on behalf of my clients, Defendants David Brown, Brian Shannon, Renee Powell and Trever DeHart. By this acceptance of service, Defendants David Brown, Brian Shannon, Renee Powell and Trever DeHart waive all claims and defenses based on deficiencies, defects, or irregularities in the method or manner of service.

DATED this __30th__ day of November, 2021.

_/s/ Daniel E. Thenell_
Daniel E. Thenell, OSB No. 971655
Thenell Law Group
12909 SW 68th Pkwy, Suite 290
Portland, OR 97223
Telephone: 503-372-6450
Email: dan@thenelllawgroup.com
Of Attorneys for Defendants David Brown, Brian Shannon, Renee Powell and Trever DeHart

Page 1 – ACCEPTANCE OF SERVICE

Bennett Hartman, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204-3149
Phone: 503-227-4600; Fax: 503-248-6800
www.bennetthartman.com
**Exhibit 3 - Page 2 of 3**

1

2  PREPARED BY:
   Aruna A. Masih, OSB 973241
3  aruna@bennetthartman.com
4  Margaret S. Olney, OSB No. 881359
   margaret@bennetthartman.com
5  Of Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – ACCEPTANCE OF SERVICE

Bennett Hartman, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204-3149
Phone: 503-227-4600; Fax: 503-248-6800
www.bennetthartman.com
**Exhibit 3 - Page 3 of 3**