Aruna A. Masih, OSB # 973241
Email: aruna@bennetthartman.com
BENNETT HARTMAN, LLP
210 SW Morrison St., Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600/Fax: (503) 248-6800
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NEWBERG EDUCATION ASSOCIATION, OEA/NEA, JENNIFER SCHNEIDER, ANDREW GALLAGHER, KATHERINE VILLALOBOS, and SARA LINNERTZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEWBERG SCHOOL DISTRICT, DAIVD BROWN, BRIAN SHANNON, RENEE POWELL, and TREVER DEHART<br><br>Defendants. | Civil No. 3:21-cv-01797-AR<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties agree to a stipulated dismissal of the action with prejudice on the grounds of mootness with no costs or fees to either party.

DATED this 19th day of December, 2022.

    BENNETT HARTMAN, LLP
    s/Aruna A. Masih
    Aruna A. Masih, OSB #973241
    Telephone (503) 227-4600
    Of Attorney for Plaintiffs

    HART WAGNER, LLP
    s/Karen O'Kasey
    Aruna A. Masih, OSB #973241
    Telephone (503) 222-4499
    Of Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION OF DISMISSAL** on:

Karen O'Kasey, OSB No. 870696
Hart Wagner LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Email: kok@hartwagner.com

by the following indicated method or methods:

   X   by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed.

Dated this 19th day of December, 2022.

                                        BENNETT HARTMAN, LLP,

                                      s/Aruna A. Masih
                                      Aruna A. Masih, OSB #973241
                                      Telephone (503) 227-4600
                                      Of Attorney for Plaintiffs